IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

JUDAH TOVAR,

    Plaintiff,

v.

MARTIN O'MALLEY,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: 5:23-cv-02203-DTB
Magistrate Judge David T. Bristow

**ORDER AWARDING EQUAL ACCESS TO JUSTICE**
**ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,500.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: April 24, 2024

_____
US Magistrate Judge David T. Bristow